IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LINCOLN HOSPITALITY, LLC                                        PLAINTIFF

vs.                                Civil No. 12-1028

SLOAN FLUSHMATE, INC., ET AL                            DEFENDANTS

CLERK'S ORDER OF DISMISSAL

On this 18th day of October, 2012, the parties having filed their Stipulation of Dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint against separate defendant, Sloan Flushmate, Inc., is dismissed without prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

by: /s/ Carol Nesbit
Deputy Clerk